IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV273-H

ALBEMARLE/51 RETAIL
INVESTORS, LLC,

       Plaintiff,      )
                                     )
   v.                            )   <u>O R D E R</u>
                                     )
ECKERD CORPORATION,        )
                                   )
       Defendant.     )
_____

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice Of Richard A. Oetheimer" (document #7) filed July 5, 2005, on behalf of the Defendant. For the reasons set forth herein, and the required fee having been paid, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

Signed: July 8, 2005

Carl Horn, III
Carl Horn, III
United States Magistrate Judge